IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ANDREW JAMES GASTON,** | ) |
| | ) |
|    **Petitioner,** | ) |
| | ) |
| vs. | )   **Civil Action No. 12-0014-KD-B** |
| | ) |
| **GARY HETZEL,** | ) |
| | ) |
|    **Respondent.** | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated February 28, 2012, is **ADOPTED** as the opinion of this Court.

Additionally, Gaston filed two substantively identical petitions: the first in this action and the second in *Gaston v. Hetzel*, Civil Action No. 12-0040-WS-N.   Gaston paid the $5.00 filing fee and filed a motion to proceed *in forma pauperis* in 12-0040-WS-N. Also, a service order has been entered and the return of service docketed.   Therefore, Gaston's claims will be addressed in that action.

**DONE** this 22nd day of March, 2012.

                                                                               s/ Kristi K. DuBose
                                                                               **KRISTI K. DuBOSE**
                                                                               **UNITED STATES DISTRICT JUDGE**