IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ANDREW JAMES GASTON,** )<br>)<br>    **Petitioner,** )<br>)<br>**vs.** )<br>)<br>**GARY HETZEL,** )<br>)<br>    **Respondent.** ) | Civil Action No. 12-0014-KD-B |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated July 2, 2012, is **ADOPTED** as the opinion of this Court.   The Court finds that Gaston's appeal is not taken in good faith.   Therefore, he is not entitled to appeal in forma pauperis.[1]

Gaston filed a letter to Magistrate Judge Sonja Bivins which this Court construes as his objection to the report and recommendation (doc. 14).   Gaston states that he has paid the $5.00 filing fee (doc. 14).   Review of the docket indicates that Gaston filed two substantively identical petitions: In this action and in *Gaston v. Hetzel*, Civil Action No. 12-0040-WS-N. The Court has received one $5.00 filing fee and that fee has been paid in 12-0040-WS-N.   Also, defendant Gary Hetzel has filed an answer in 12-0040-WS-N.   Therefore, Gaston's claims will be addressed in that action.

**DONE** this 18th day of July,   2012.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
**UNITED STATES DISTRICT JUDGE**

---

1 The Court denied Gaston's motion for a Certificate of Appealability (doc. 13).